Blake Goodman, P.C  
900 Fort Street Mall #1727  
Honolulu, HI 96813  
Ph: 808-528-4274  
Fax: 808-536-1008  
email: goodman@hawaii.rr.com



hib_2002g (7/2013)

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF HAWAII  
1132 BISHOP STREET, SUITE 250  
HONOLULU, HI 96813

| Debtor(s): Nicholas Ryan Huntz<br>Janice Jane Saribay Huntz | Chapter: 13 | Case No: 11-01290 |
|---|---|---|

# NOTICE OF CHANGE OF ADDRESS
*See instructions below to ensure correct use of this form.* *

Notice is hereby given of the following change of address effective immediately or _____.

☑ Address of the debtor(s)

☐ Address for a creditor or party in interest (notice must be filed in all pending cases)

| Name and **OLD** Address: | Name and **NEW** Address: |
|---|---|
| Nicholas Ryan Huntz<br>Janice Jane Saribay Huntz<br>92-746 Nohona St<br>Kapolei, HI 96707 | Nicholas and Janice Huntz<br>73-4369 Mau Loa Hema Place<br>Kailua Kona, HI 96740 |

I declare under penalty of perjury that the information above is correct to the best of my knowledge.

Dated: 05/14/2014           /s/  Blake Goodman  
                                      *Signature & Printed Name*

*Please note:
- For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
- For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
- To add a creditor, file an **Amended Creditor List** (fee required)
- To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
- For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**